ALEX HERNAEZ (SBN 201441)
AHernaez@foxrothschild.com
BRIAN CASILLAS (SBN 303528)
BCasillas@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
Tel: 415.364.5540
Facsimile: 415.391.4436


Attorneys for Defendant,
STONELEDGE FURNITURE LLC
(erroneously sued as Ashley Home Store Warehouse, Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JAMIE GRACE, | CASE NO: 2:20-CV-01933-TLN-KJN |
|---|---|
| Plaintiff, | **ORDER RE JOINT STIPULATION TO STAY ACTION PENDING BINDING ARBITRATION** |
| vs. | |
| ASHLEY HOME STORE WAREHOUSE, INC.; JORDAN MCKENZIE; and DOES 1 through 20 inclusive, | Complaint Filed: July 15, 2020<br>Removal Filed: September 25, 2020<br>Trial Date: None set |
| Defendants. | |

1
ORDER

# ORDER

Pursuant to the Parties' stipulation and good cause appearing, the Court hereby orders as follows:

1. This Action, *Jamie Grace v. Ashley Home Store Warehouse, Inc., et al.*, shall be referred to binding arbitration pursuant to the Arbitration Agreement;
2. All deadlines, case management conferences, and hearings shall be taken off calendar; and
3. This Action shall be stayed pending binding arbitration.

**IT IS SO ORDERED.**

Dated:  December 4, 2020

Troy L. Nunley
United States District Judge